# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID CHARLES THATCHER,<br><br>        Petitioner,<br><br>    v.<br><br>UNKNOWN,<br><br>        Respondent.<br>_____/ | CV F  07-00725 AWI DLB HC<br><br>ORDER DIRECTING CLERK OF COURT TO CHANGE NAME OF RESPONDENT AND DISREGARDING PETITIONER'S MOTION FOR EXTENSION OF TIME TO FILE AMENDED PETITION AS MOOT<br><br>[Docs. 7, 8] |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  When the petition was initially filed, Petitioner neglected to name a Respondent.

    A petitioner filing a petition for writ of habeas corpus must name the state officer who has custody of the petitioner as the respondent. Rule 2 (a) of the Rules Governing § 2254 cases; Ortiz-Sandoval v. Gomez, 81 F.3d 891, 894 (9th Cir. 1996).  Normally, the person having custody of an incarcerated petitioner is the warden of the prison in which the petitioner is incarcerated because the warden has "day-to-day control over" the petitioner. Brittingham v. United States, 982 F.2d 378, 379 (9th Cir. 1992); see also Stanley v. California Supreme Court, 21 F.3d 359, 360 (9th Cir. 1994).

    On May 24, 2007, the court issued an order to show cause why the petition should not be dismissed for lack of jurisdiction in that Petitioner had not named a proper Respondent. On May 30, 2007, Petitioner filed an amendment to the petition naming Warden Felker as the

1

Respondent. Petitioner's amendment is dated May 23, 2007, and filed with the Court on May 29, 2007. Thus, Petitioner submitted his amendment prior to the Court's May 24, 2007. Nonetheless, Petitioner's amendment adequately addresses and cures the defect outlined in the Court's May 24, 2007. Thus, Petitioner's motion for an extension of time to file an amended petition, filed June 4, 2007, shall be disregarded as MOOT.

Accordingly, it is HEREBY ORDERED that:

1. The Clerk of the Court is DIRECTED to substitute Warden Felker as the Respondent in this action; and
2. Petitioner's motion for an extension of time to file an amended petition is DISREGARDED as MOOT.

IT IS SO ORDERED.

Dated:   **June 12, 2007**          **/s/ Dennis L. Beck**
                                    UNITED STATES MAGISTRATE JUDGE